IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VIRGINIA GIBBS                                                                                          PLAINTIFF

v.                                      Case No. 6:19-cv-6103

METROPOLITAN LIFE INSURANCE
COMPANY and CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS                                                                         DEFENDANTS

## ORDER

Before the Court is an Agreed Stipulation of Dismissal. ECF No. 17. The parties stipulate to the dismissal of this lawsuit with prejudice, with each party to bear its own costs and attorneys' fees. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of April, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge